FILED
2008 FEB 12 AM 9:26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: '08 MJ 0394 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Guillermo ARANDA, | ) | |
| Defendant, | ) | |

The undersigned complaint being duly sworn states:

On or about February 11, 2008, within the Southern District of California, Guillermo ARANDA did knowingly and intentionally import approximately 2.2 kilograms of Cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF February, 2008.

_____
MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On February 11, 2008, at approximately 3:45 a.m., Guillermo ARANDA entered the United States from the Republic of Mexico through the San Ysidro, California, Port of Entry. ARANDA was the driver of a 1998 Ford Expedition bearing California license plate 5YEC990.

United States Customs and Border Protection Officer (CEO) Hersey was performing pre-primary roving operations with his assigned NDD and received a positive alert to the white Ford Expedition.

United States Customs and Border Protection Officer (CBPO) Schneider was performing pre-primary inspection duties when Guillermo ARANDA attempted to enter the U.S.. ARANDA told CBPO Schneider that he was a Resident Alien, was not bringing anything back from Mexico and that he was going home.

In the Secondary Inspection lot, CBPO Garza assumed inspection of the vehicle at 3:55 a.m. CBPO Garza discovered a package wrapped in black electrical tape in the passenger side rear door. CBPO Garza probed one of the packages which revealed a white powdery substance. CBPO Garza removed 4 packages which field tested positive for cocaine (2.20 kilograms)

On February 11, 2008, at approximately 7:15 a.m., S/A Lindung along with S/A Sanchez contacted ARANDA and advised ARANDA that cocaine had been found in his vehicle and that he was under arrest. In the presence of S/A Lindung S/A Sanchez advised ARANDA of his constitutional rights per Miranda in the Spanish language reading directly from a preprinted form. ARANDA stated that he understood his rights and that he was willing to answer questions. ARANDA then read and signed the waiver of rights form.

In substance, ARANDA related that a man named Jose GAMEZ contacted him and asked if he wanted to make some money. ARANDA agreed and took his truck to GAMEZ house yesterday. The drugs were put in the passenger side rear door and he was instructed to cross over this morning. ARANDA was to drive to Vista, CA and call "Angel" for further instructions. ARANDA admitted that he knew there were drugs in the truck and that he was to be paid $2000 to bring them into the U.S.

Guillermo ARANDA was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.