1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0394 |
| 11             Plaintiff, | ) ) ) | |
| 12 v. | ) ) | **NOTICE OF APPEARANCE** |
| 13 GUILLERMO ARANDA, | ) ) ) | |
| 14             Defendant. | ) ) | |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 attorney in the above-captioned case.

20                                                   Respectfully submitted,

22 Dated: February 15, 2008                          /s/ *STEPHEN D. DEMIK*
                                                     Federal Defenders of San Diego, Inc.
23                                                   Attorneys for Defendant
                                                     Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: February 15, 2008

/s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)