1 | KERRY STEIGERWALT'S PACIFIC LAW CENTER
2 | William K. Mueller   SBN  80446
4225 Executive Square Suite 1550
3 | La Jolla, CA 92037
888-789-0123
4
5
Attorney for Defendant **GUILLERMO MARIN ARANDA**
6

**FILED**

FEB 2 6 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

7

8 |                **UNITED STATES DISTRICT COURT**

9 |              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,          )   Case No: 08-mj-00394-ABJ
                                        )
12 |              Plaintiff,            )   **Substitution of Attorney**
                                        )
13 |      v.                           )
                                        )
14 | GUILLERMO MARIN ARANDA,           )
                                        )
15 |              Defendant.           )
                                        )
16 | _____       )

17 | The defendant, GUILLERMO MARIN ARANDA, hereby substitutes WILLIAM K. MUELLER as his

18 | attorney of record in the case on file herein.  The defendant's current attorney of record, Federal

19 | Defender STEPHEN DEMIK, is now relieved of any and all responsibility for the defendant's

20 | representation, including trial and appeal.

21

22 | **I consent to the Substitution**

23

24 | Dated:  _2/25/08_                        X _Guillermo Marin Aranda._
                                                  Guillermo Marin Aranda
25 |                                               Defendant

26

27

28

1
**Substitution of Attorney**
Substitution of Attorney

/////

**I consent to the substitution.**

Dated: 2/26/08

_____
Stephen Demik
Former Federal Defender

**I consent to the Substitution.**

Dated: 2/22/08

_____
William K. Mueller
New Attorney

It is so ordered
2/26/08

2
Substitution of Attorney
Substitution of Attorney