Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　vs.

Guillermo Aranda,

　　　　Defendant

Case No: 08 MJ 00394

**SUBSTITUTION OF ATTORNEY**

_GUILLERMO ARANDA_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, _WILLIAM K MUELLER_.

DATED: 3-10-08　　　_Guillermo Aranda_
　　　　　　　　　　　　　　　DEFENDANT

I consent to the above substitution.

DATED: 3/13/08　　　_E DeB (f/ W. Mueller)_
　　　　　　　　Marcos E. DeBare (for William Mueller)
　　　　　　　　PRESENT ATTORNEY

08MJ0394

```
 1  //
 2       I am duly admitted to practice in this district.
 3       I accept the above substitution.
 4
 5  DATED: _____
 6                                          NEW ATTORNEY
 7
 8       Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE
 9  COURT.
10
11  DATED:                    APPROVED:
12  3/13/08                   _____
13                            UNITED STATES DISTRICT COURT JUDGE
14
15
...
28
```

08 mj 0394